1
2
3
4
5        IN THE UNITED STATES DISTRICT COURT
6      FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   WALTER WILLIAMS,                  )   No. C 10-4245 JSW (PR)
                                      )
9              Plaintiff,             )   **ORDER OF TRANSFER**
                                      )
10      vs.                           )
                                      )   (Docket No. 2)
11  STATE OF CALIFORNIA, et al,       )
                                      )
12             Defendants.            )
    ————————————————————————————————  )
13

14          Plaintiff, a prisoner of the State of California, currently incarcerated at California

15  State Prison-Solano in Vacaville, California, has filed this civil rights action under 42

16  U.S.C. § 1983 complaining about the conditions of his confinement at the prison.

17  Plaintiff has filed an application to proceed *in forma pauperis* (docket no. 2.)

18          In the complaint, Plaintiff complains about Defendants located within the venue

19  of the United States District Court for the Eastern District of California as well as his

20  conditions of confinement at the prison in that venue.  Plaintiff alleges no basis for

21  jurisdiction within the venue of the United States District Court for the Northern District

22  of California.

23          When jurisdiction is not founded solely on diversity, venue is proper in the

24  district in which (1) any defendant resides, if all of the defendants reside in the same

25  state, (2) the district in which a substantial part of the events or omissions giving rise to

26  the claim occurred, or a substantial part of property that is the subject of the action is

27  situated, or (3) a judicial district in which any defendant may be found, if there is no

28  district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a

    case is filed in the wrong venue, the district court has the discretion either to dismiss the

case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff brings his claims involving Defendants who reside within the venue of the Eastern District of California, in a case where a substantial part of the events or omissions giving rise to the claim also occurred. *See* 28 U.S.C. §1391(b)(2). Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, the Court will not resolve Plaintiff's pending motion (docket no. 2). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 5, 2010

_____
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6    WALTER WILLIAMS,                          Case Number: CV10-04245 JSW

7                    Plaintiff,              **CERTIFICATE OF SERVICE**

8        v.

9    STATE OF CALIFORNIA et al,

10                   Defendant.
     _____/

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13

14   That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15   receptacle located in the Clerk's office.

16

17

18   Walter Williams
     V18377
19   C.S.P. Solano
     P.O. Box 4000
20   Vacaville, CA 95696

     Dated: October 5, 2010
21

22                                         Richard W. Wieking, Clerk
                                           By: Jennifer Ottolini, Deputy Clerk
23

24

25

26

27

28